a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LUIS ANGEL ROSAS-VILLANUEVA, Petitioner — CIVIL DOCKET NO. 1:26-CV-00367 SEC P

VERSUS — JUDGE ROBERT R. SUMMERHAYS

TODD M LYONS ET AL, Respondents — MAGISTRATE JUDGE PEREZ-MONTES

# ORDER

In its Response to the pending Motion for Order to Show Cause (ECF No. 18), the Government acknowledges that it "inadvertently" deported habeas Petitioner Luis Angel Rosas-Villanueva ("Rosas-Villanueva") without a final removal order. ECF No. 21. The Government indicates that it is "in communication" with Rosas-Villanueva's counsel "to get the necessary information and documentation in place to effectuate the process of returning Petitioner to the United States." *Id.* at 2.

Accordingly, IT IS ORDERED that within seven days, the Government provide a written update as to whether Rosas-Villanueva has been returned to the United States, and if not, when he will be returned. It shall also provide the status of Rosas-Villanueva's appeal before the Board of Immigration Appeals.

SIGNED on Wednesday, August 26, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE